IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-60409
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

                        v.

TERRY GLASPER, also known as
Virgin Mann, also known as
Roosevelt Porter,

                                        Defendant-Appellant.

_____

Appeal from the United States District Court
For the Northern District of Mississippi
(4:95-CR-99)
_____

June 9, 1997

Before WIENER and PARKER, Circuit Judges, and LITTLE, District
Judge.[*]

PER CURIAM:[**]

        In this direct criminal appeal, Defendant-Appellant Terry

Glasper seeks reversal of his conviction following a jury verdict

_____

        [*]District Judge of the Western District of Louisiana, sitting
by designation.

        [**]Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

of guilty on all counts in a nine count indictment on various drug, firearms, and money laundering counts. Specifically, he claims that the evidence was not sufficient to support the jury's verdict on any of the nine counts of the indictment, and that the trial court abused its discretion by limiting the cross-examination of a lay witness regarding the comparison of endorsement signatures purported to have been made by Glasper.

We have carefully reviewed the record on appeal, and have considered the evidence and the legal arguments of able counsel as advanced in their briefs and orally before this court. As a result, we are left with the firm conviction that Glasper received a fair trial, free of reversible error in all respects, including the evidentiary rulings of the trial court, and that the evidence is more than sufficient to sustain the jury verdict of guilty on each of the nine counts with which he was charged in the indictment. Consequently, Glasper's convictions and sentence are AFFIRMED.